AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

United States of America )
v. )
RICHARD ANDREW KIRKENDALL )
)
)
)
)

Case No.

6:21-mj- *1408*

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 9, 2021 and May 10, 2021___ in the county of ___Seminole___ in the
___Middle___ District of ___Florida___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) and 2252A (a)(5)(B) | Receipt and possession of child pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Kerrie L. Harney, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _May 10, 2021_

_Judge's signature_

City and state: ___Orlando, Florida___      THOMAS B. SMITH, U.S. Magistrate Judge
_Printed name and title_

STATE OF FLORIDA                     Case No. 6:21-mj- *1408*

COUNTY OF ORANGE

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kerrie L. Harney, being duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since June 2016.  I have been employed as a Special Agent with the FBI for the past 5 years.  I am currently assigned to the Tampa Division Orlando Resident Agency of the FBI.  I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes.  I have been involved in investigations involving child pornography and online solicitation/enticement of a minor.  I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251(a) and (e), 2252, and 2252A.  I have also participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers and cellular phones are used as the means for receiving, transmitting, and storing child pornography.  Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

2.      I make this affidavit in support of a criminal complaint for the arrest of RICHARD ANDREW KIRKENDALL.  As set forth in more detail below, I believe there is probable cause that on or about May 9, 2021, KIRKENDALL knowingly

received child pornography, in violation of 18 U.S.C. § 2252A(a)(2). I also have probable cause to believe that on May 10, 2021, KIRKENDALL knowingly possessed materials, that is an REVVL4 model smartphone, that contained images of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

3.      I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by these witnesses and law enforcement officers.

4.      Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

5.      It is a violation of 18 U.S.C. § 2252A(a)(2) to knowingly receive or distribute any child pornography using any means or facility of interstate or foreign commerce.

6.      It is a violation of 18 U.S.C. § 2252A(a)(5)(B) to knowingly possess any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## DEFINITIONS

7.      The following definitions apply to this affidavit:

a.      "Child Pornography," as used herein, includes the definition in 18 U.S.C. § 2256(8), which defines child pornography as any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. *See* 18 U.S.C. § 2256(2).

b.      "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. *See* 18 U.S.C. § 2256(2).

c.      WhatsApp is a freeware instant messaging mobile application that can be used to transmit and receive messages, photos, videos, sketches, mobile webpages, and other content.  WhatsApp users can communicate privately with other users or in groups.  WhatsApp uses a smartphone's Internet connectivity to transmit and receive messages, photos, videos and other content.  WhatsApp is known for protecting its users' communications but using end-to-end encryption.

3

d.      The Bittorrent network is one such publicly available P2P file-sharing network. Most computers that are part of this network are referred to as "peers." A peer can simultaneously provide files to peers while downloading files from other peers. The software can balance the network load and recover from network failures by accepting pieces of a particular file from different users and then reassembling the file on the local computer.

## DETAILS OF THE INVESTIGATION

8.      In 2012, FBI Tampa began an investigation into RICHARD KIRKENDALL after KIRKENDALL was linked to a yahoo email account identified as xx@yahoo.com. At that time the subject of a child pornography investigation, identified as Anthony Salemi who was later convicted and sentenced to federal prison for 25 years, was found to be trading child pornography with others as well as xx@yahoo.com, hereinafter referred to as KIRKENDALL.

9.      A subpoena was issued to Yahoo for this email account and provided the phone number associated with this account as xxx-xxx-6108. This number was identified as resolving to RICHARD KIRKENDALL'S mother. RICHARD KIRKENDALL and his mother resided at the same location. In the email communications recovered from Salemi's email account, Salemi and KIRKENDALL are seen communicating on September 28, 2012, September 29, 2012, and March 14, 2013. During these communications, videos with titles which were clearly indicative of child pornography were traded between Salemi and KIRKENDALL. Some of these tiles include, "2yr ass fuck she cries for mommy(2).mpg", "3yo Girl – Bound & Finger

4

Fucked By Daddy.mpg", "pthc 5yr girl fucking.wmv", "K@ty pthc daddy cum lick.mpg", and "6yo Tiny Theresa (4)Ass-Fucked Screaming 2008.wmv." Salemi and KIRKENDALL communicated with one another while they distributed child pornography to each other.  Some of those communications included the following statements made by KIRKENDALL:

    a.    KIRKENDALL stated he has been looking at child pornography since he was 15 years old.

    b.    When asked if he had experienced sexually abusing children in real life, KIRKENDALL replied, "not enough to be satisfied bout a few minutes of paradise but not enough to cum." KIRKENDALL went on to describe this activity as consisting of, "lil bj lil pussy dick rub..lil pussy lick not much."

    c.    In discussing the types of child pornography he likes, KIRKENDALL stated, "the more hardcore the better I like the screaming ones[;]" "I want to see the most hardcore you got I wanna C blood dude ..ya feel me."  In another chat KIRKENDALL says his preference is, " like 2yo....as long as they tiny and skinny."  KIRKENDALL explains, "any younger and they still got their baby fat."

    d.    KIRKENDALL stated, "I like lil girls...no lil boys," ... "but man id still love to do a tiny lil one together with a partner.. that d be a dream come tru."

5

    e.      KIRKENDALL also stated, "id deff to anything to or for anyone if they gave me their hot little sister for like a day."

10.    Salemi stated his desire to molest his girlfriend's 3-year-old daughter whom he had access to. KIRKENDALL encouraged Salemi by saying, "don't wait too long...u don't want her to remember or understand whats going on … 3yrs old is perfect I thin k just take her to the bath room….like ask her if she needs to go…pullshirt up over face and after she done , say u need to whipe her off and use ur cock to whipe her pussy off but take your time." Salemi responded, "mmm." KIRKENDALL continued, "..if shirt still over head… uncover mouth part.. and tell her u got some candy for her …stick ur cock in ……. …Ive done this …it works."

11.    On May 10, 2021, federal agents executed a search warrant at KIRKENDALL'S residence to search for evidence of child pornography. During a non-custodial interview concurrent to the execution of the search warrant, KIRKENDALL admitted to having engaged in conversations just like those noted above where he traded child pornography with other users and engaged in sexually graphic conversations regarding children. KIRKENDALL said he made statements about sexually abusing children to get the trust of the other person and that he had actually never abused a child.

12.    On March 6, 2021, while acting in an undercover capacity, your affiant used a P2P file sharing program known as BitTorrent Receptor to determine that a computer using IP address 162.234.163.66 was making available for download certain files of suspected child pornography. Between Saturday, March 6, 2021 at 2326 hrs.

and Sunday, March 7, 2021 at 1200 hrs., a download was successfully completed of files that the device at IP address 162.234.163.66 was making available.  The device at IP address 162.234.163.66 was the sole candidate for each download, and as such, each file was downloaded directly from this IP address capturing four files containing child pornography.  Your affiant reviewed some of the downloaded files, four of which are described as follows:

    a.    *"!!! New !!! Gillian 4Yo - Cuming In Mouth (Private) Kleuterkutje-Pthc.avi"* The video depicts a toddler female approximately four years old as an unknown male places his exposed and erect penis in the toddler's mouth.  The male masturbates and ejaculates into the toddler's mouth.  The video was downloaded by your affiant on March 7, 2021.

    b.    *"!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!11NEW!.(pthc).11yo.girl.-.dad.cums.in.mouth.avi"* The video depicts a prepubescent female approximately 9 to 10 years old.  A male places his erect penis in the child's mouth and forces the child to perform oral sex.  The male masturbates and ejaculates into the child's mouth.  The video was downloaded by your affiant on March 7, 2021.

    c.    *"babyj.-.Inna.Private.4yo.close-up.anal.and.cum].pedo.pthc.young.girl.child.5yo.6yo.7yo.8yo.daddy.inc.avi"* The video is approximately a minute in length.  It shows a nude female child, approximately 2 years of age, being anally raped by an adult male.  The video was downloaded by your affiant on March 7, 2021.

    d.    *"(Toddler).Cbaby.4Yo.(Pthc).(Hussyfan).(Raygold).(Abused).Abuse.Chiddy.avi"* The video depicts a female toddler approximately three to four years of age who is forcibly held down by a male with an erect penis who ejaculates into the toddler's mouth.  The toddler tries to get up and away from the male but the male continues to

hold her down.  The video was downloaded by your affiant on March 7, 2021.

13.     I reviewed the downloaded files from an undercover session and believe, based on my training and experience, that the files were child pornography as defined in 18 U.S.C. § 2256.

14.     It was determined that IP address 162.234.163.66 was registered to AT&T Corporation.  According to subpoena IP address 162.234.163.66 has been provisioned to an account linked to KINKERDALL'S residence in Oviedo, Florida, which is within the Middle District of Florida, starting on December 16, 2018, and continuing through the date of the subpoena on April 9, 2021.

15.     On May 10, 2021, I, along with other federal law enforcement officers, executed a search warrant at KINKERDALL'S residence in Oviedo, Florida.  At the time of the search a non-custodial interview of RICHARD KIRKENDALL was conducted.  KIRKENDALL provided a voluntary statement to agents on scene. KIRKENDALL stated that he has a pornography and sex addiction and views and downloads large quantities of pornography.  KIRKENDALL stated that about approximately 25 percent of the pornography he views is child pornography. KIRKENDALL stated he views child pornography on chat applications such as WhatsApp and Viber.  KIRKENDALL stated that he routinely joins groups on these chat applications that share child pornographic material.  KIRKENDALL stated that he used his smartphone to receive links in the groups that provided access to child pornography.  KIRKENDALL stated he masturbates to child pornography.

8

16.     During the search KIRKENDALL provided access to his smartphone. KIRKENDALL entered the password and provided the same to investigators. A forensic review on scene revealed at least 32 videos of child pornography. One video file named VID_20210509_WA0031.mp4 is approximately one minute and seventeen seconds in length and depicts an adult male annually raping an approximately three to four-year-old female child. This video was received on the device via WhatsApp on May 9, 2021 at approximately 11:13 p.m. A second video named VID_20210507_WA095.mp4 is approximately one minute and thirty-seven seconds in length depicted an eight to nine-year-old female being forced to perform oral sex on an adult male. This video was received on the device via WhatsApp on May 9, 2021 at 1:46 AM. A third video file named VID_20210507_WA0018.mp4 is approximately two minutes in length and depicts an adult male annually raping a three to four-year-old female with the male then ejaculating on the female. This video was received on the device via WhatsApp on May 9, 2021 approximately 1:44 a.m.

17.     KIRKENDALL stated that he used an older Acer computer to run the computer application Vuze. Vuze is a BitTorrent client used to transfer and receive files using the BitTorrent protocol. KIRKENDALL would download a variety of content to include adult and child pornography via Vuze.

18.     In light of the above, I submit there is probable cause to believe that

KIRKENDALL possessed and received child pornography in violation of 18 U.S.C.

§ 2252A(a)(5)(B) and 18 U.S.C. § 2252A(a)(2).

Affiant further sayeth naught.

Kerrie L. Harney, Special Agent
Federal Bureau of Investigation


Sworn to and subscribed
before me this 10th day of May, 2021.

THOMAS B. SMITH
United States Magistrate Judge